

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

### No. 08-24-00338-CV

Lynda Michelle Gonzalez, Individually, on Behalf of All Wrongful Death Beneficiaries, and as Personal Representative of the Estate of Donna H. Voldahl, deceased, **Appellant**

v.

Augustine O. Eleje, M.D.; Augustine O. Eleje, M.D., P.A.;
Antonio Morales Ortega, M.D.; Antonio M. Ortega, M.D., P.A.;
and Haroutioun S. Shahinian, M.D., **Appellees**

On Appeal from the County Court at Law No. 6
El Paso, Texas
Trial Court No. 2012-DCV04105

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for a new trial in accordance with this Court's opinion. We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 9th day of January 2026.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza C.J., Palafox, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), (sitting by assignment)